# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY TRUJILLO, | ) | CASE NO. SA CV 09-17 DMG (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DEBRA HERNDON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 29, 2011

_____
DOLLY M. GEE
United States District Judge